

NUMBER 13-20-00346-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**JASON DIAZ,**                                                                                               **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                                                               **Appellee.**

---

### On appeal from the 232nd District Court
### of Harris County, Texas.

---

## MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Hinojosa and Tijerina
Memorandum Opinion by Justice Hinojosa**

This cause is before the Court on appellant's motion for voluntary dismissal of his

appeal.[1] Appellant, Jason Diaz, signed the motion. We conclude that the motion meets

---

[1]This case is before the Court on transfer from the Fourteenth Court of Appeals in Houston pursuant to a docket equalization order issued by the Supreme Court of Texas. *See* TEX. GOV'T CODE ANN. § 73.001.

the requirement of Texas Rule of Appellate Procedure 42.2(a) that appellant and attorney must both sign a written motion to dismiss the appeal. *See* TEX. R. APP. P. 42.2(a). Without passing on the merits of the case, we GRANT the motion to dismiss and DISMISS the appeal. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

LETICIA HINOJOSA
Justice

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
14th day of January, 2021.

2